1

2

3

4

5

6

7

8                              **UNITED STATES DISTRICT COURT**

9                                     **DISTRICT OF NEVADA**

10

11    STEPHANIE BRYSON,                        )
                                               )        Case No. 2:16-cv-00780-RFB-VCF
                      Plaintiff(s),            )
12                                             )
      vs.                                      )        **ORDER**
13                                             )
      NORTH VISTA HOSPITAL, INC.,              )
14                                             )
                      Defendant(s).            )
15    _____)

16          Due to conflicting duties of the Court, the ENE set in this case for July 6, 2016, is hereby

17    **CONTINUED** to 9:30 a.m. on July 8, 2016.  The parties' confidential ENE statements shall be

18    submitted no later than July 1, 2016.  All other requirements established in the order at Docket No. 6

19    continue to govern the ENE process.

20          IT IS SO ORDERED.

21          Dated: June 8, 2016

22

23          _____
                      Nancy J. Koppe
24                    United States Magistrate Judge

25

26

27

28