1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## DISTRICT OF NEVADA

10

| | | |
|---|---|---|
| STEPHANIE BRYSON, | ) | Case No. 2:16-cv-00780-RFB-VCF |
| Plaintiff(s), | ) | |
| vs. | ) | **ORDER** |
| NORTH VISTA HOSPITAL, INC., | ) | (Docket No. 28) |
| Defendant(s). | ) | |

11
12
13
14
15
16      Pending before the Court is a stipulation to continue the early neutral evaluation in this case,

17   Docket No. 28, which is hereby **GRANTED**.  The ENE is continued to 9:30 a.m. on December 7, 2016.

18   Confidential ENE statements shall be submitted no later than November 30, 2016. All other

19   requirements established in the order at Docket No. 6 continue to govern the ENE process.[1]

20      IT IS SO ORDERED.

21      Dated: September 29, 2016

22
23
24   Nancy J. Koppe
     United States Magistrate Judge

25
26
27
28   [1]As the name suggests, ENEs should occur "early" on in the litigation.  *See also* Local Rule 16-6(d).  The Court will not grant further requests to continue the ENE.