Stephen W. Mooney, Esq.
Nevada Bar no. 9870
*smooney@wwhgd.com*
Timothy Andrew Mott, Esq.
State Bar No. 12828
*tmott@wwhgd.com*
WEINBERG WHEELER HUDGINS GUNN & DIAL
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Fax: (702) 938-3864

*Attorneys for Defendant North Vista Hospital, Inc. and Iasis Healthcare, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEPHANIE BRYSON, an individual,<br>　　　　　　Plaintiff,<br>v.<br>NORTH VISTA HOSPITAL, INC., a Corporation; DOES 1 through 10; and ROE Corporations 11 through 20, inclusive,<br>　　　　　　Defendants. | Case No.: 2:16-cv-00780-RFB-VCF<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Richard F. Boulware<br>Magistrate Judge: Hon. Cam Ferenbach |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
(702) 938-3838

The parties hereto, by and through their counsel of record, hereby stipulate, pursuant to FRCP 41, that Plaintiff Stephanie Bryson's claims against Defendant North Vista Hospital, Inc. (and any potential claims against Iasis Healthcare, LLC) in the above-captioned action are hereby **DISMISSED WITH PREJUDICE** in their entirety. Plaintiff Stephanie Bryson and Defendant North Vista Hospital, Inc. have settled this matter and are to bear their own costs, fees, and expenses hereto.

**IT IS SO STIPULATED.**

**DATED** this 22nd day of September 2017.

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL

*/s/ Timothy A. Mott*
Stephen W. Mooney, Esq.
Timothy A. Mott, Esq.
6385 S. Rainbow Blvd., Suite. 400
Las Vegas, NV 89118
*Attorneys for Defendant North Vista Hospital, Inc. and Iasis Healthcare, LLC*

**DATED** this 22nd day of September, 2017.

GABROY LAW OFFICES

*/s/ Christian J. Gabroy*
Christian J. Gabroy, Esq.
170 S. Green Valley Parkway, Suite 280
Henderson, Nevada 89012
*Attorney for Plaintiff*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 27th day of September, 2017.